UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYMON LEWIS, JR., | No. 2:16-cv-01578 JAM GGH |
| Petitioner, | |
| v. | ORDER |
| FELICIA PONCE, | |
| Respondent. | |

The Petitioner has requested to be released on bond pending the final outcome of his Petition for Writ of Habeas Corpus. ECF No. 14. Without addressing petitioner's claims on the merits of his petition, the court finds that at present there is a lack of the exceptional circumstances which would justify a release on bail or bond. The request is therefore denied without prejudice to its renewal after the response to the Petition now set to be filed on or before December 6, 2016.

IT IS SO ORDERED.

Dated: October 5, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE